# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Fernandez, Ferdinand F. | 2. Court or Organization<br><br>Ninth Circuit Court of Appeals | 3. Date of Report<br><br>04/24/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

125 S. Grand Avenue, Suite 602
Pasadena, CA 91105

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | West Publishing Co. | Books | $1,058.21 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Accts. at Wells Fargo Bank | A | Interest | M | T | | | | | |
| 2. Accts. at JP Morgan Chase | A | Interest | L | T | | | | | |
| 3. Accts. at Bank of America | A | Interest | M | T | | | | | |
| 4. Accts. at Union Bank | A | Interest | L | T | | | | | |
| 5. Accts. at Community Bank | A | Interest | L | T | | | | | |
| 6. Accts. at California Bank and Trust | A | Interest | L | T | | | | | |
| 7. Accts. at Pacific Western Bank | A | Interest | L | T | | | | | |
| 8. Accts. at U.S. Bank | A | Interest | M | T | | | | | |
| 9. Accts. at Community Commerce Bank | A | Interest | M | T | | | | | |
| 10. Accts at Bank of the West | A | Interest | L | T | | | | | |
| 11. Accts. at Citizens Business Bank | A | Interest | L | T | | | | | |
| 12. Accts. at Pacific Premier Bank (formerly Security Bank of California) | A | Interest | L | T | | | | | |
| 13. Acct. at Discover Bank | A | Interest | | | Closed | 05/13/16 | L | A | |
| 14. Acct. at Asheville Savings Bank | A | Interest | L | T | Open | 05/13/16 | L | | |
| 15. Acct. at BMO Harris Bank | A | Interest | L | T | Open | 05/12/16 | L | | |
| 16. Acct. at Goldmans Sachs Bank | A | Interest | | | Closed | 04/24/16 | M | A | |
| 17. Acct. at BMW Bank of North America | A | Interest | L | T | Open | 05/20/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Am. Fund Cap Income Builder; Cl A | C | Dividend | M | T | | | | | |
| 19. Am. Fund New Economy Cl A | A | Dividend | J | T | | | | | |
| 20. Income Fund of America Cl A | B | Dividend | K | T | | | | | |
| 21. Am. Cap. Fund Cl A | A | Dividend | K | T | | | | | |
| 22. Am. Fund Balanced Fund Cl A | B | Dividend | M | T | | | | | |
| 23. Am Fund Growth Fund Cl A | A | Dividend | L | T | | | | | |
| 24. Am Fund, Inv. Co. of America Cl A | A | Dividend | J | T | | | | | |
| 25. Wash. Mut. Inv. Fund Cl A | B | Dividend | L | T | | | | | |
| 26. Invesco Van Kampen Am. Franchise Fund Cl A | A | Dividend | L | T | | | | | |
| 27. Invesco Van Kampen Real Estate Fund Cl A | A | Dividend | K | T | | | | | |
| 28. Invesco Van Kampen Comstock Fund Cl A (formerly Van Kampen Comstock) | A | Dividend | K | T | | | | | |
| 29. Select Notes Trust Sec. LT #5 | A | Interest | J | T | | | | | |
| 30. GNMA Pool Cert. | A | Interest | J | T | | | | | |
| 31. U.S. T. Bills | A | Interest | L | T | | | | | |
| 32. U.S. T. Bills | A | Interest | K | T | | | | | |
| 33. U.S. T. Bills | A | Interest | K | T | | | | | |
| 34. U.S. T. Bills | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. T. Bills | A | Interest | L | T | | | | | |
| 36. U.S. T. Bills | A | Interest | L | T | | | | | |
| 37. Trust #1; Income Beneficiary (Items 38-94) | | | | | | | | | |
| 38. (a) Wells Fargo, Trustee | | | | | | | | | |
| 39. (i) Wells Fargo Cash | A | Interest | J | T | | | | | |
| 40. (ii) Vanguard REIT Viper | A | Dividend | | | Sold | 03/12/15 | J | A | |
| 41. (iii-a) Vanguard Emerging Market ETF | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 42. (iii-b) Same as (iii-a) | | | | | Sold (part) | 08/01/16 | J | A | |
| 43. (iv-a) SPDR D.J. Wilshire Int'l. Real Estate | A | Dividend | J | T | Sold (part) | 01/27/16 | J | A | |
| 44. (iv-b) Same as (iv-a) | | | | | Sold (part) | 07/24/15 | J | A | |
| 45. (v-a) AMEX Consumer SPDR | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 46. (v-b) Same as (v-a) | | | | | Sold (part) | 08/01/16 | J | A | |
| 47. (vi-a) Consumer Staples Sec SPDR | A | Dividend | J | T | | | | | |
| 48. (vi-b) Same as (vi-a) | | | | | Sold (part) | 01/27/16 | J | A | |
| 49. (vi-c) Same as (vi-a) | | | | | Sold (part) | 08/01/16 | J | A | |
| 50. (vii-a) AMEX Energy Select SPDR | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 51. (vii-b) Same as (vii-a) | | | | | Sold (part) | 08/01/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (viii-a) Financial Select Sec. SPDR | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 53. (viii-b) Same as (viii-a) | | | | | Sold (part) | 08/01/16 | J | A | |
| 54. (ix) Health Care Select Sec. SPDR | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 55. (x) AMEX Industrial SPDR | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 56. (xi-a) AMEX Technology SPDR | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 57. (xi-b) Same as (xi-a) | | | | | Sold (part) | 08/01/16 | J | A | |
| 58. (xii) AMEX Materials SPDR | A | Dividend | J | T | | | | | |
| 59. (xiii-a) I Shares S&P Midcap 400 Growth | A | Dividend | J | T | Sold (part) | 08/01/16 | J | A | |
| 60. (xiii-b) Same as (xiii-a) | | | | | Buy (add'l) | 01/27/16 | J | | |
| 61. (xiv-a) I Shares S&P Midcap 400 Value | A | Dividend | J | T | Sold (part) | 08/01/16 | J | A | |
| 62. (xiv-b) Same as (xiv-a) | | | | | Buy (add'l) | 01/27/16 | J | | |
| 63. (xv-a) I Shares Core S&P Small Cap (formerly I Shares S&P Cap) | A | Dividend | J | T | Sold (part) | 08/01/16 | J | A | |
| 64. (xv-b) Same as (xv-a) | | | | | Buy (add'l) | 01/27/16 | J | | |
| 65. (xvi-a) Merger FD Class Inst. #301 (formerly Merger FD SH BEN INT) | A | Dividend | J | T | | | | | |
| 66. (xvi-b) Same as (xvi-a) | | | | | | | | | |
| 67. (xvii-a) Credit Suisse Commodity Return Strat. Fund | A | Dividend | J | T | Buy (add'l) | 01/27/16 | J | | |
| 68. (xvii-b) Same as (xvii-a) | | | | | Sold (part) | 07/28/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. (xiii-a) Fidelity Advisors Emerging Markets Income Fund Class 1 | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 70. (xix-a) Vanguard FTSE Developed Markets ETF | A | Dividend | K | T | Sold (part) | 08/01/16 | J | A | |
| 71. (xix-b) Same as (xix-a) | | | | | Buy (add'l) | 01/27/16 | J | | |
| 72. (xx-a) ASG Global Alternative fund Class Y | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 73. (xx-b) Same as (xx-a) | | | | | Sold (part) | 01/25/16 | J | A | |
| 74. (xxi) Eaton Global Marco Absolute Return Fund Class - 1#0088 | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 75. (xxii) T Rowe Price Inst Float Rate Fund | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 76. (xxiii-a) T Rowe Price Short Term Bond Fund | A | Dividend | | | Sold (part) | 01/25/16 | J | A | |
| 77. (xxiii-b) Same as (xxiii-a) | | | | | Sold | 07/28/16 | J | A | |
| 78. (xxiv) Neuberger Berman Long Short Fund | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 79. (xxv-a) Met West Total Return Bond Fund CL#512 | A | Dividend | | | Sold (part) | 01/25/16 | J | A | |
| 80. (xxv-b) Same as (xxv-a) | | | | | Sold | 10/07/16 | K | A | |
| 81. (xxvi) AQR Managed Futures STR-1 #15213 | A | Dividend | J | T | Sold (part) | 01/25/16 | J | A | |
| 82. (xxvii-a) Blackrock Global L/S Credit - Ins | A | Dividend | J | T | Buy (add'l) | 08/01/16 | J | | |
| 83. (xxvii-b ) Same as (xxvii-a) | | | | | Sold (part) | 01/25/16 | J | A | |
| 84. ( xxvii-c) Same as (xxvii-a) | | | | | Buy (add'l) | 08/01/16 | J | | |
| 85. (xxviii) T Rowe Price Real Estate Fd. #122 | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/24/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (xxix) I Shares MSCI Emerging Mkts | A | Dividend | | | Sold | 01/27/16 | J | A | |
| 87. (xxx-a) JP Morgan High Yield Fund Select Shares | A | Dividend | J | T | Buy | 03/16/16 | J | | |
| 88. (xxx-b) Same as (xxx-a) | | | | | Buy (add'l) | 08/01/16 | J | | |
| 89. (xxxi) Vanguard Inflation Protected Sec. Fund - Admiral Shares | A | Dividend | J | T | Buy | 08/01/16 | J | | |
| 90. (xxxii) Vanguard Intermediate Term B | B | Dividend | K | T | Buy | 08/01/16 | K | | |
| 91. (xxxiii) Vanguard Short Term Bond ETF | A | Dividend | K | T | Buy | 08/01/16 | K | | |
| 92. (xxxiv-a) Real Estate Select Sector | A | Dividend | J | T | Spinoff (from line 52) | 09/24/16 | J | A | |
| 93. (xxxiv-b) Same as (xxxiv-a) | | | | | Sold (part) | 10/07/16 | J | | |
| 94. (b) Real Property in Clifton, AZ (trustee unknown) | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fernandez, Ferdinand F. | 04/24/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Item 52 of Part VII of this report was mistakenly labeled "AMEX Financial Select SPDR" at item 61 of Part VI of the report for 2015.

2) Item 54 of Part VII of this report was mistakenly labeled "AMEX Health Care SPDR" at item 65 of Part VI of the report for 2015.

3) Item 94 of Part VII of this report. I have recently been informed that the property is not part of the trust estate. I have not received an interest in the property.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Ferdinand F. Fernandez

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544